SCHAAF v. HABER et al. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Amalia Schaaf against Morris Haber and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

SCHAFFHAUSER, Respondent, v. S. LIEBMANN'S SONS BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Joseph Schaffhauser against the S. Liebmann's Sons Brewing Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS and MILLER, JJ., dissent.

---

SCHENKBAR, Appellant, v. FRIEDLE, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Frederick Schenkbar against William Friedle. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SCHLICHT, Respondent, v. JEWETT & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Emil Schlicht against Jewett & Co.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent.

---

In re SCHLOSSER. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the judicial settlement of the account of proceedings of Francis Schlosser, administrator, etc., of Elizabeth Schlosser, deceased. No opinion. Decree (63 Misc. Rep. 166, 116 N. Y. Supp. 796), of Surrogate's Court of Westchester County affirmed, with costs to the administrator payable out of the estate.

---

SCHMINKE et al., Respondents, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by George C. Schminke and another against Anna Rosenberg. No opinion. Judgment affirmed, with costs. New trial to be had in the Municipal Court of the City of Rochester on the 8th day of February, 1910, at 10 o'clock in the forenoon.

---

SCHNEITTSCHER, Respondent, v. ILLUSTRATED POSTAL CARD CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Marie Schneittscher against the Illustrated Postal Card Company, impleaded with others. G. W. Smyth, for appellant. J. M. Coleman, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer on payment of costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

SCHULLER, Appellant, v. TODARO et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Josephine A. Schuller against Filippo Todaro and another. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the complaint in Todaro v. Schuller and others, does not state a cause of action against the plaintiff in this action.

---

SCHULZE, Respondent, v. FARRELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Frank Schulze against Hattie J. Farrell.

PER CURIAM. Order modified, by requiring as a condition of the amendment that the plaintiff pay the defendant all costs and disbursements of the action antecedent to the granting of the application, and $10 costs of the application, and, as modified, affirmed, without costs to either party.

---

SCHWERDTLE, Respondent, v. W. E. PRUDEN HARDWARE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Henry Schwerdtle, as administrator, against the W. E. Pruden Hardware Company. W. W. Irwin, for appellant. T. C. McDonald, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

SCULLY, Respondent, v. SCULLY, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Sarah Scully, as administratrix, etc., of Thomas J. Scully, deceased, against Margaret P. Scully, now Margaret P. McGrath. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 131 App. Div. 918, 115 N. Y. Supp. 1144.

---

SEALY et al., Appellants, v. FLETCHER, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Henry M. Sealy and others against Austin B. Fletcher, as trustee. W. H. Sage, for appellants. W. P. S. Melvin, for respondent. No opinion. Judgment (63 Misc. Rep. 448, 117 N. Y. Supp. 86) affirmed, with costs, with leave to plaintiffs to amend on payment of costs. Order filed.

---

SEAMAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Richard F. B. Seaman against Fitzhugh Smith. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent the sum of $10 and place the case at the foot of the present calendar.

---

SECORD, Respondent, v. BROADHEAD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by Irene Secord against William Broadhead and others. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 118 N. Y. Supp. 1141.